## WESTERN NAT. BANK *v.* WOOD *et al.*

### HOMESTEAD BANK *v.* SAME.

*(City Court of New York, General Term. December 29, 1891.)*

NEGOTIABLE INSTRUMENTS—NEGOTIABILITY.

> Where notes for advances made for the purpose of completing buildings are delivered to a bank before maturity, the consideration having been advanced on them, they become negotiable paper.

Appeal from trial term.

Two actions, one by the Western National Bank and the other by the Homestead Bank, against Frederick Wood and others. Judgment was entered in each case on a verdict directed for plaintiff, and defendant Wood appeals.

Argued before EHRLICH, C. J., and MCCARTHY, J.

*Smith, Bowman & Close,* for appellant. *C. F. MacLean,* for respondents.

EHRLICH, C. J. The two cases are alike, except in one respect: In one there is a counter-claim, and in the other none. The actions are on notes delivered to the Homestead Bank for advances made to complete certain buildings. Consideration having been advanced on the notes, they became negotiable property, and as such transferable by delivery. They were so transferred to the plaintiff, presumably for value and before maturity, and the plaintiff became entitled to recover on them. The matters pleaded in defense, and attempted to be proved, whether regarded as an agreement to renew the notes, (1 City Ct. R. 264,) or as an agreement by the bank to loan additional moneys, constituted neither a defense nor counter-claim to the notes in suit; and the verdicts ordered in favor of the plaintiffs were rightly directed, and the judgments entered on them must be affirmed, with costs.